# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JONATHAN CORRENTE, CHARLES SHAW, AND LEO WILLIAMS, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>THE CHARLES SCHWAB CORPORATION,<br><br>　　Defendant. | CIVIL ACTION NO. 4:22-CV-470-ALM |

## NOTICE OF INTENT TO REQUEST REDACTION

　　Pursuant to the Court's May 2, 2023, Notice of Filing of Official Transcript [Dkt. 56], Defendant The Charles Schwab Corporation hereby gives notice that by May 23, 2023 it will file a motion to redact portions of the transcript of the telephonic conference held April 4, 2023, reported by Christina Bickham.

Dated: May 4, 2023

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Melissa R. Smith*
　　　　　　　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24001351
　　　　　　　　　　　　　　　　　　　　　　　　melissa@gillamsmithlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　**GILLAM & SMITH, LLP**
　　　　　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (903) 934-8450
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 934-9257

　　　　　　　　　　　　　　　　　　　　　　　　David C. Marcus
　　　　　　　　　　　　　　　　　　　　　　　　Christopher T. Casamassima

**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile:  (213) 443-5400
david.marus@wilmerhale.com
chris.casamassima@wilmerhale.com

Alan E. Schoenfeld
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile:  (212) 230-8888
alan.schoenfeld@wilmerhale.com

Jennifer Milici
John O'Toole
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: (202) 663-6006
Facsimile:  (202) 663-6363
jennifer.milici@wilmerhale.com
john.o'toole@wilmerhale.com

*Attorneys for Defendant*
*The Charles Schwab Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this 4th day of May 2023.

 */s/ Melissa R. Smith*
Melissa R. Smith