IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JONATHAN CORRENTE, CHARLES SHAW, AND LEO WILLIAMS, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CHARLES SCHWAB CORPORATION,<br><br>　　　　　　　Defendant. | Civil Action No. 4:22-cv-00470-ALM |

**UNOPPOSED MOTION OF JAMES D. BARTON**
**TO WITHDRAW AS COUNSEL OF RECORD**

James D. Barton respectfully moves to withdraw his appearance as counsel for Defendant The Charles Schwab Corporation ("Schwab") in the above-captioned case. Schwab will continue to be represented in this matter by David C. Marcus, Alan E. Schoenfeld, Chris T. Casamassima, Jennifer Milici, and John O'Toole of Wilmer Cutler Pickering Hale and Dorr LLP, and by Harry L. Gillam, Melissa R. Smith, and James T. Underwood of Gillam & Smith, LLP. Schwab consents to Mr. Barton's withdrawal, and counsel for Schwab have provided written notice to Plaintiffs' counsel, who consent to this request.

In accordance with Local Rule CV-7(a), a proposed order is attached.

| | |
|---|---|
| Dated:  May 4, 2023 | Respectfully submitted, |

                                                    */s/ David C. Marcus*
David C. Marcus
Christopher T. Casamassima
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5300
Fax: (213) 443-5400
Email: david.marcus@wilmerhale.com
Email: chris.casamassima@wilmerhale.com

Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
Email: alan.schoenfeld@wilmerhale.com

Jennifer Milici
James D. Barton
John O'Toole
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel: (202) 663-6006
Fax: (202) 663-6363
Email: jennifer.milici@wilmerhale.com
Email: james.barton@wilmerhale.com
Email: john.o'toole@wilmerhale.com

Harry L. Gillam
Melissa R. Smith
GILLAM & SMITH, LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com
melissa@gillamsmithlaw.com

***Attorneys for Defendant***
***The Charles Schwab Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was served through the Court's CM/ECF system on all counsel of record who are deemed to have consented to electronic service on May 4, 2023, per Local Rule CV-5(a)(2), (a)(3).

*/s/ David C. Marcus*
David C. Marcus

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 4, 2023, counsel for Defendant conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion. The parties have, therefore, complied with the meet and confer requirement in Local Rule CV-7(h).

*/s/ David C. Marcus*
David C. Marcus