IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JONATHAN CORRENTE, et al.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION,<br><br>  *Defendant*. | CIVIL ACTION NO. 4:22-CV-470-ALM |

# AMENDED SCHEDULING ORDER

  Before the Court is the parties' Joint Motion to Modify Scheduling Order (Dkt. #86). The Court finds that the motion should be GRANTED. Pursuant to the Federal Rules of Procedure and the Local Civil Rules of this District, the Court hereby modifies the case schedule as set forth below. The following actions shall be completed by the date indicated.[1]

## DEADLINES

| Original Deadline (*see* dkt. 38) | Amended Deadline (*see* dkt. 74) | Modification | Description |
|---|---|---|---|
| 12/29/2022 | 12/29/2022 | n/a | Deadline for motions to transfer |
| 1/6/2023 | 1/6/2023 | n/a | Deadline to add parties |
| 3/17/2023 | 3/17/2023 | n/a | Deadline for Plaintiffs to file amended pleadings (A motion for leave to amend is required) |
| 4/24/2023 | 4/24/2023 | n/a | Deadline for Defendants to file amended pleadings (A motion for leave to amend is required) |
| -- | -- | 11/22/2023 | Deadline for substantial completion of trade data production |
| 10/13/2023 | 1/19/2024 | 4/5/2024 | Deadline for Plaintiffs to file motion for certification |
| 7/14/2023 | 10/23/2023 | 4/5/2024 | Deadline to designate all opening experts related to class certification and serve all opening expert reports related to class certification |

---

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in Fed. R. Civ. P. 6, the effective date is the first federal court business day following the deadline imposed.

| Original Deadline (see dkt. 38) | Amended Deadline (see dkt. 74) | Modification | Description |
|---|---|---|---|
| -- | -- | 5/6/2024 | Deadline for completion of depositions of all opening experts related to class certification. |
| 11/3/2023 | 2/22/2024 | 7/4/2024 | Deadline for response to motion for class certification. |
| 8/18/2023 | 12/1/2023 | 7/4/2024 | Deadline to designate all rebuttal experts related to class certification and serve all rebuttal expert reports related to class certification. |
| -- | -- | 8/5/2024 | Deadline for completion of depositions of all rebuttal expert related to class certification. |
| -- | -- | 8/19/2024 | Deadline for reply to motion for class certification. |
| -- | -- | 8/19/2024 | Deadline to serve all reply expert reports related to class certification. |
| -- | -- | 10/3/2024 | Deadline for sur-reply to motion for class certification. |
| -- | -- | 10/3/2024 | Deadline to serve all sur-reply expert reports related to class certification. |
| 9/15/2023 | 12/22/2023 | 10/17/2024 | Deadline to file *Daubert* motions concerning all experts related to class certification. |
| -- | -- | 11/7/2024 | Deadline to file oppositions to *Daubert* motions concerning all experts related to class certification. |
| -- | -- | 11/21/2024 | Deadline to file replies to *Daubert* motions concerning all experts related to class certification. |
| -- | -- | 12/5/2024 | Deadline to file sur-replies to *Daubert* motions concerning all experts related to class certification. |
| TBD | TBD | TBD | **Class certification hearing at 9:00 am** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas. |
| 6/26/2024 | 11/15/2024 | 12/12/2024 | Deadline for fact discovery.  All fact discovery must be served in time to be completed by this date. |
| 3/8/2024 | 8/2/2024 | 1/6/2025 | Deadline to designate all opening merits experts and serve all opening merits experts reports. |

| Original Deadline (*see* dkt. 38) | Amended Deadline (*see* dkt. 74) | Modification | Description |
|---|---|---|---|
| 4/12/2024 | 9/13/2024 | 2/18/2025 | Deadline to designate all rebuttal merits experts and serve all opening merits expert reports. |
| 5/31/2024 | 9/6/2024 | 4/1/2025 | Deadline by which the parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one. |
| -- | -- | 4/4/2025 | Deadline for expert discovery. All expert discovery must be served in time to be completed by this date. |
| 7/12/2024 | 10/28/2024 | 5/5/2025 | Deadline to file dispositive motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rule CV-7. |
| 7/5/2024 | 11/22/2024 | 5/23/2025 | Mediation deadline. |
| -- | -- | 6/19/2025 | Deadline for oppositions to dispositive motions and other motions that may require a hearing. |
| -- | -- | 7/3/2025 | Deadline for replies to dispositive motions and other motions that may require a hearing. |
| -- | -- | 7/17/2025 | Deadline for sur-replies to dispositive motions and other motions that may require a hearing. |
| 10/11/2024 | 1/17/2025 | 8/18/2025 | Notice of intent to offer certified records. |

| Original Deadline (*see* dkt. 38) | Amended Deadline (*see* dkt. 74) | Modification | Description |
|---|---|---|---|
| 10/11/2024 | 1/17/2025 | 8/18/2025 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (See www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases)). |
| 11/1/2024 | 2/7/2025 | 9/1/2025 | Deposition Designations due. Each party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross-examination line and page numbers to be included. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the Court.<br><br>The party who served the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. |
| 11/8/2024 | 2/14/2025 | 9/8/2025 | Motions in limine due.<br><br>File Joint Final Pretrial Order (See www.txed.uscourts.gov).  Exchange Exhibits and deliver copies to the court.  At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies.<br><br>If parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Chris Bickham, Chris_Bickham@txed.uscourts.gov by this date. |

| Original Deadline (*see* dkt. 38) | Amended Deadline (*see* dkt. 74) | Modification | Description |
|---|---|---|---|
| 11/22/2024 | 2/28/2025 | 9/22/2025 | Responses to motions in limine due.<br><br>File objections to witnesses, depositions extracts, and exhibits, listed in pre-trial order.  This does not extend the deadline to object to expert witnesses.  If numerous objections are filed, the Court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| 12/5/2024 | 3/13/2025 | 10/6/2025 | **Final Pretrial Conference at 9:00 a.m.** at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. |
| TBD | TBD | TBD | **Jury selection and trial at 10:00 a.m.** at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. |

**IT IS SO ORDERED.**

**SIGNED this 8th day of November, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE