IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JONATHAN CORRENTE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE CHARLES SCHWAB CORPORATION, <br><br> *Defendant*. | CIVIL ACTION NO. 4:22-CV-470-ALM |

**ORDER GRANTING JOINT MOTION**
**TO APPOINT MEDIATOR AND STAY DEADLINES**

Before the Court is Plaintiffs Jonathan Corrente, Charles Shaw, and Leo Williams and Defendant The Charles Schwab Corporation's Joint Motion to Appoint Mediator and Stay Deadlines (Dkt. #140). Having considered the motion, the Court finds it should be and hereby is GRANTED. Accordingly, pursuant to the Court-Annexed Mediation Plan, the Court hereby appoints Judge Nancy F. Atlas (Ret.) as mediator in this matter.

IT IS FURTHER ORDERED that the following deadlines shall be continued for sixty (60) days, and all other case deadlines shall be stayed pending further order from the Court:

| Current Deadline (*see* Dkt. No. 136) | Modification | Description |
|---|---|---|
| 8/7/2024 | 10/7/2024 | Deadline for Plaintiffs to file motion for certification |
| 8/7/2024 | 10/7/2024 | Deadline to designate all opening experts related to class certification and serve all opening expert reports related to class certification |

IT IS FURTHER ORDERED that the parties shall provide a joint report on the status of the mediation by August 23, 2024.

IT IS FURTHER ORDERED that Plaintiffs' Motion to Compel Information Withheld Based on Alleged Supervisory Privilege (Dkt. #80) and Plaintiffs' Motion to Compel the Hart-Scott-Rodino File for the Challenged Merger (Dkt. #109) are rendered moot at this time; Plaintiffs may ask the Court to reinstate the motions, if necessary.

**IT IS SO ORDERED.**

**SIGNED this 29th day of July, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE