IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JONATHAN CORRENTE, et al.<br><br>*Plaintiffs*<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION,<br><br>*Defendant.* | CIVIL ACTION NO. 4:22-CV-470-ALM<br><br>HON. AMOS L. MAZZANT, III |

## JOINT MOTION TO SERVE SEALED DOCUMENTS ON ALL COUNSEL OF RECORD

Plaintiffs Jonathan Corrente, Charles Shaw, and Leo Williams and Defendant The Charles Schwab Corporation ("the Parties") jointly move the Court to serve the following documents on all counsel of record:

Dkt # 160, Sealed Correspondence to the court received from Susana Bowen re settlement, with attachment, entered on the docket on April 24, 2025.

Dkt # 161, Sealed Correspondence to the court received from Jonathan Hogan re settlement, entered on the docket on April 28, 2025.

The Parties were not served with copies of these filings. They jointly request email service of both filings to all counsel of record from the Court. To the extent that either document requires a response, the Parties will meet and confer and advise the Court of their positions concerning the timing and substance of such response. The parties will treat the sealed documents as confidential under the Protective Order governing this case.

Dated: May 5, 2025                                              Respectfully submitted,

/s/Melissa Smith by permission Elizabeth L. DeRieux    /s/ Yavar Bathaee by permission Elizabeth L. DeRieux

1

Veronica S. Moyé
vmoye@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: 713-276-7398

Melissa Richards Smith
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903-934-8450
Fax: 903-934-9257
Email: melissa@gillamsmithlaw.com

Daniel G. Swanson
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7430

Jason J. Mendro
jmendro@gibsondunn.com
Cynthia Richman
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-5306
Tel: (202) 955-8500

*Attorneys for Defendant The Charles Schwab Corporation*

Yavar Bathaee (NY 4703443)
yavar@bathaeedunne.com
Andrew C. Wolinsky (NY 4892196)
awolinsky@bathaeedunne.com
BATHAEE DUNNE LLP
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835
Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (TX 24081931)
egrauman@bathaeedunne.com
BATHAEE DUNNE LLP
901 South MoPac Expressway Barton Oaks Plaza I, Suite 300
Austin TX 78746
Tel: (213) 462-2772

Christopher M. Burke
cburke@burke.law
Yifan (Kate) Lv
klv@burke.law
BURKE LLP
402 West Broadway, Suite 1890
San Diego, CA 92101
Tel: (619) 369-8244

Chad Bell
cbell@koreintillery.com
KOREIN TILLERY LLC
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750

Elizabeth L. DeRieux (TX 05770585)
ederieux@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 E. Commerce Avenue
Gladewater, TX 75647
Tel: (903) 845-5770

*Counsel for Plaintiffs Jonathan Corrente, Charles Shaw, and Leo Williams*

## CERTIFICATE OF SERVICE

I certify that on May 5, 2025, the foregoing document was served on counsel of record for all parties via the CM/ECF system.

*/s/ Yavar Bathaee*
Yavar Bathaee (NY 4703443)

## CERTIFICATE OF CONFERENCE

I certify that the parties met and conferred and this motion is joint.

*/s/ Yavar Bathaee*
Yavar Bathaee (NY 4703443)
