# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JONATHAN CORRENTE, et al.<br><br>*Plaintiffs*<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION,<br><br>*Defendant.* | CIVIL ACTION NO. 4:22-CV-470-ALM<br><br>HON. AMOS L. MAZZANT, III |

## ORDER GRANTING JOINT MOTION TO SERVE SEALED DOCUMENTS ON ALL COUNSEL OF RECORD

CAME ON FOR CONSIDERATION, Plaintiffs Jonathan Corrente, Charles Shaw, and Leo Williams and Defendant The Charles Schwab Corporation ("the Parties") Joint Motion to Serve Sealed Documents on All Counsel of Record. Having considered the motion, it is hereby GRANTED.

Accordingly, the clerk of this Court is directed to serve on all counsel of record the following documents:

Dkt # 160, Sealed Correspondence to the court received from Susana Bowen re settlement, with attachment, entered on the docket on April 24, 2025.

Dkt # 161, Sealed Correspondence to the court received from Jonathan Hogan re settlement, entered on the docket on April 28, 2025.