CAPOWSKI
7 ELM ST.
CHARLESTOWN, MA
01824



BOSTON MA 020
2 MAY 2025 PM 6 L

**RECEIVED**

MAY 06 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

United States District Court
Eastern District of Texas
re: Case No 4:22-CV-470
Paul Brown United States Courthouse
101 East Pecan St.
Sherman, TX
   75090

75090-004199