

FILED
MAY 1 2 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

On May 8, 2025 at 11:37:54 AM UTC, mwb007007@gmail.com wrote:

Begin forwarded message:

**From:** mark bond <mwb007007@gmail.com>
**Subject: Jonathan Corrente, et al. v. The Charles Schwab Corporation Case Number 4:22-cv-00470 (E.D. Tex.)**
**Date:** May 8, 2025 at 6:34:38 AM CDT
**To:** yavar@bathaeedunne.com, awolinsky@bathaeedunne.com, bdunne@bathaeedunne.com, egrauman@bathaeedunne.com, cburke@burke.law, klv@burke.law, cbell@koreintillery.com, dswanson@gibsondunn.com, jmendro@gibsondunn.com, crichman@gibsondunn.com, vmoye@kslaw.com

Please accept this notice of objection to this settlement as a clear and blatant attempt to line the pockets of a bunch of attorneys with no real benefit to class members. I am a class member and an attorney who is ashamed of these types of suits by other attorneys as they should be as well. mark bond, ███████████████████████████████████████. Schwab Account number Joint Tenant...983