

FILED

MAY 2 0 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

|  |  |
|---|---|
| JONATHAN CORRENTE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION<br><br>Defendants. | Civil Action<br><br>No.: 4:22-cv-00470-ALM<br>Hon. Amos L. Mazzant, III |

### NOTICE OF APPEARANCE OF OBJECTOR GAVIN ROZZI

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE enter upon the docket my appearance as a *pro se* objector to the class action settlement in the above-captioned case.

GAVIN ROZZI
Objector, *Pro Se*
238 6th Ave
Roebling, NJ 08554
Phone: (609)-222-4161
gr@gavinrozzi.com
Dated: May 17, 2025

1



**US POSTAGE AND FEES PAID** easypost
2025-05-17
08554
C4359218
Commercial
0.5 LB ZONE 6 FLAT
0901000013343



## USPS PRIORITY MAIL

GAVIN ROZZI
238 6TH AVE
ROEBLING NJ 08554-1306

0003

C001

SHIP TO: CLERK U.S. DISTRICT COURT
101 E PECAN ST RM 216
SHERMAN TX 75090-0041



4:22-cv-00470-ALM

## USPS TRACKING #



9405 5362 0830 3282 7008 03

