**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

Jonathan Corrente, et al.,

    *Plaintiffs*

v.

The Charles Schwab Corporation.,

    *Defendants*.

Case No. 4:22-cv-470

Hon. Amos L. Mazzant, III

**ORDER GRANTING MOTION TO MODIFY DISCLOSURE REQUIREMENTS FOR OBJECTORS**

Before the Court is Shiyang Huang's Unopposed Motion to Modify Objection Disclosure Requirements Within the Preliminary Approval Order (Dkt. 157) (the "Motion" - Dkt. #183), to which no response was filed. The Court finds the Motion should be and hereby is **GRANTED.**

**IT IS SO ORDERED.**

**SIGNED this 10th day of July, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

9