UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Jonathan Corrente, et al.,<br><br>*Plaintiffs*<br><br>v.<br><br>The Charles Schwab Corporation.,<br><br>*Defendants*. | Case No. 4:22-cv-470-ALM<br><br>Hon. Amos L. Mazzant, III |

### *ADMINISTRATIVE* MOTION TO APPEAR IN THE FAIRNESS HEARING REMOTELY VIA TELEPHONE OR VIDEO CONFERENCE

Shiyang Huang is in the proposed class of above-captioned case, who objected to the proposed settlement (Dkt. 215) and filed a *Daubert* motion to exclude an expert report (Dkt. 221).

Huang respectfully moves for permission to appear in the fairness hearing, remotely via telephone or video conference. Huang is not represented by counsel, and Huang has appeared remotely in numerous court hearings, including an oral argument before the Eleventh Circuit.

### CONCLUSION

Huang shall be allowed to appear in the fairness hearing remotely via telephone or video.

Dated: July 27, 2025

Respectfully Submitted,

Shiyang Huang
/s/ SHIYANG HUANG
2813 SW Rother Rd
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

1

## CERTIFICATE OF SERVICE

I certify that on July 27, 2025, the above document was served via CM/ECF.

/s/ Shiyang Huang

## CERTIFICATE OF CONFERENCE

L.R. CV-7(i) exempts *pro se* litigants from the meet and confer requirements.

/s/ Shiyang Huang