UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Jonathan Corrente, et al., <br><br> *Plaintiffs* <br><br> v. <br><br> The Charles Schwab Corporation., <br><br> *Defendants*. | Case No. 4:22-cv-470-ALM <br><br> Hon. Amos L. Mazzant, III |

## ORDER DENYING PERMISSION FOR OBJECTOR HUANG TO APPEAR IN THE FAIRNESS HEARING REMOTELY

  Before the Court is Objector Shiyang Huang's Administrative Motion to Appear in the Fairness Hearing Remotely via Telephone or Video Conference (Dkt. #222). The Court, having considered the motion, as well as the response and reply thereto, finds the motion should be and hereby is DENIED.

  **IT IS SO ORDERED.**

  **SIGNED this 29th day of July, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE