AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Jonathan Corrente, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:22-cv-470-ALM |
| The Charles Schwab Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Theodore H. Frank, objector                                                                                      .

Date:     07/29/2025

/s/ Joseph S. St. John
*Attorney's signature*

Joseph S. St. John (LSB 36682)
*Printed name and bar number*

ST. JOHN LLC
1701 Jefferson Avenue
New Orleans, LA 70115
*Address*

scott@stjohnlaw.com
*E-mail address*

(410) 212-3475
*Telephone number*

*FAX number*