IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JONATHAN CORRENTE, CHARLES SHAW, AND LEO WILLIAMS, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION,<br><br>*Defendant*. | CIVIL ACTION NO. 4:22-CV-470-ALM<br><br>HON. AMOS L. MAZZANT, III |

### DECLARATION OF JASON J. MENDRO
### REGARDING DEFENDANT'S CAFA MAILING

I, Jason J. Mendro, declare and state as follows:

1. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP. I represent Defendant The Charles Schwab Corporation ("Schwab") in this matter.

2. Pursuant to paragraph 6.8 of the Stipulation and Agreement of Settlement (Dkt. No. 154-1), I submit this Declaration detailing Defendant's compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq.* ("CAFA").

3. On February 14, 2025, Defendant caused the letter attached hereto as **Exhibit A** ("CAFA Notice") to be sent to the Attorney General of the United States via certified mail, return receipt requested, providing notice of the proposed settlement in this action in accordance with 28 U.S.C. § 1715. (In the exhibit, links and passwords to databases containing the personal information of class members have been redacted for their protection.) A similar CAFA Notice was also sent to the attorneys general of all U.S. states and territories or their designated representatives (modified only with respect to the mailing address and information specific to each

1

state or territory). At the Court's request, a copy of each individual CAFA Notice that was sent can be provided.[1]

4. Defendant has received confirmation that these letters reached all intended recipients, excepting the Attorney General of American Samoa, who received and confirmed service electronically due to difficulties related to physical mail delivery.

5. Attached hereto as **Exhibit B** is a list of the recipients to whom the CAFA Notices were sent.

6. Pursuant to 28 U.S.C. § 1715(b), the CAFA Notices served copies, through secure file transfer links, of the following materials: the complaint filed in this action (Dkt. No. 1); Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 154); and documents filed in conjunction with the motion for preliminary approval of the settlement, including the Stipulation and Agreement of Settlement ("Stipulation") (Dkt. No. 151-1), the proposed notices for the proposed settlement, and the proposed judgment approving the settlement (Dkt. No. 154-8). Each CAFA notice also included secure links to files containing a list of all reasonably identifiable Settlement Class Members residing in each corresponding United States state and/or territory.

---

[1] On July 29, 2025, the State of Iowa filed an Objection to Class Action, stating (among other things) that it received an "incomplete and deficient notice." Dkt. No. 245 at 25. The objection attaches an exhibit including only pages one and four of the notice, and omitting pages two and three. Dkt. No. 245-1. Although the exhibit bears a stamp showing that the State received the notice on February 18, 2025, Iowa has not stated that it requested any missing pages before filing its objection more than five months later. Nor has Defendant been able to confirm that its notice to Iowa was incomplete when sent; other states whose notice was assembled and transmitted in the same way and at the same time confirmed receiving full notice. Defendant's first record of communication from Iowa was on July 29, 2025, when—after filing the objection—counsel for Iowa requested full notice. Defendant's counsel replied with the full notice the next morning, July 30, 2025.

      7.      To the best of my knowledge, Defendant has fully complied with CAFA and has satisfied all of its obligations thereunder.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of August, 2025, at Washington, D.C.

                                        By: */s/ Jason J. Mendro*
                                              Jason J. Mendro

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service on this 14th day of August, 2025.

                                  /s/ *Jason J. Mendro*
                                  Jason J. Mendro