# EXHIBIT A

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Jason J. Mendro
Direct: +1 202.887.3726
JMendro@gibsondunn.com

February 13, 2025

VIA USPS CERTIFIED MAIL, RETURN RECEIPT REQUESTED

U.S. Attorney General Pamela Bondi
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Re:   Notice of Proposed Settlement in *Corrente v. The Charles Schwab Corporation*, 4:22-cv-00470 (E.D. Tex.)

Dear Attorney General Bondi:

Pursuant to 28 U.S.C. § 1715, enacted as part of the Class Action Fairness Act of 2005, Defendant The Charles Schwab Company ("Schwab") hereby provides your office with notice of a proposed settlement in the above-referenced matter (the "Litigation") pending the United States District Court for the Eastern District of Texas, Sherman Division (the "Court"). The Litigation asserts claims under Section 7 of the Clayton Act (15 U.S.C. § 18). The case does not involve any state law claims.

The proposed Settlement Class consists of persons, entities, and corporations who are current U.S. brokerage customers of Schwab or any of its affiliates, including customers who previously held accounts at TD Ameritrade. Excluded from the Settlement Class are: (a) the Defendant; (b) its employees, officers, directors, legal representatives, heirs, successors, and wholly or partly owned subsidiaries or affiliates; and (c) the judicial officers and their immediate family members and associated court staff assigned to this case.[1]

In conjunction with this notice, please find copies of the following documents:

1.   Complaint (June 2, 2022) (Dkt. No. 1) (**Attachment A**)

2.   Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (February 4, 2025) (Dkt. No. 154) (**Attachment B**), and concurrently filed documents which include the below:

---

[1] Unless otherwise defined herein, capitalized terms have the same meaning as they have in the Stipulation and Agreement of Settlement.

Attorney General Bondi
August 14, 2025
Page 2

    a. Stipulation and Agreement of Settlement with The Charles Schwab Corporation (December 12, 2024) ("Stipulation") (Dkt. No. 154-1)

        i. Stipulation Ex. A (Proposed Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and for Issuance of Notice to the Settlement Class)

        ii. Stipulation Ex. B (Proposed Order and Final Judgment Approving Class Action Settlement)

        iii. Stipulation Ex. C (Notice of Proposed Class Action Settlement) ("Notice")

        iv. Stipulation Ex. D (Summary Notice of Proposed Class Action Settlement) ("Summary Notice")

        v. Stipulation Ex. E (Language for Future Public Statements on Resolution of the Matter)

    b. Joint Declaration of Christopher Burke and Yavar Bathaee in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement (Dkt. No. 154-2), with exhibits

    c. Declaration of Jonathan Corrente in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement (Dkt. No. 154-3)

    d. Declaration of Charles Shaw in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement (Dkt. No. 154-4)

    e. Declaration of Leo Williams in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement (Dkt. No. 154-5)

    f. Declaration of the Honorable Nancy F. Atlas (Ret.), Mediator (Dkt. No. 154-6)

    g. Declaration of Michael T. Northeim on Behalf of Ankura Consulting Group, LLC. Regarding Notice Plan (Dkt. No. 154-7), with exhibits

    h. Proposed Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and for Issuance of Notice to the Settlement Class (Dkt. No. 154-8)

3. List of all reasonably identifiable putative Settlement Class Members.

Attorney General Bondi
August 14, 2025
Page 3

        The Complaint and Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, with all accompanying attachments, are available here: https://rb.gy/fcmtay.  The password to access these files is: **a7H3k9T2**.  Upon request, Defendant will also transmit physical versions of these files to your office.

        Defendant has access to information sufficient to identify and provide the names of putative Settlement Class Members who reside in each state.  A list of the names of all such reasonably identifiable individuals, their states of residence, and the proportion of Settlement Class Members residing in each state is available here: ▇▇▇▇▇▇▇▇▇▇▇▇.  The password to access these files is: ▇▇▇▇▇▇.  Upon request, Defendant will also transmit a physical copy of this list to your office.

        The Notice Administrator will notify Settlement Class Members by sending a copy of the Summary Notice to the email address of each putative Settlement Class Member who can be identified with reasonable effort.  For any Settlement Class Member whose email address is not reasonably available to the Notice Administrator, or from whose email address a delivery-failure notice is sent in response to attempted electronic delivery of the Summary Notice, the Notice Administrator shall endeavor to send a paper copy of the Summary Notice to that Settlement Class Member's physical mailing address of record by First Class mail.  The Notice Administrator shall also publish and make available for download the Notice on a website that the Notice Administrator shall establish and maintain at: www.SchwabCorrenteSettlement.com.

        Co-Lead Counsel for the Settlement Class filed the parties' proposed Stipulation and associated documents with the Court on February 4, 2025.  At this time, there are no written judicial opinions relating to the proposed notice to the class, the preliminary or final approval of the Settlement, or other matters discussed in 28 U.S.C. § 1715(b)(3)–(6).  There is no date currently set for the Fairness Hearing.  Notice of further scheduled hearings or relevant judicial opinions may be found by visiting the "PACER" online docket for the above-captioned matter at: https://ecf.cand.uscourts.gov/cgi-bin/ShowIndex.pl.

        Should you have any questions regarding this matter, please do not hesitate to contact me directly.

Attorney General Bondi
August 14, 2025
Page 4

    Sincerely,

    */s/ Jason J. Mendro*
    Jason J. Mendro
    **GIBSON, DUNN & CRUTCHER LLP**
    1700 M Street, N.W.
    Washington, D.C. 20036-5306
    (202) 887-3726
    JMendro@gibsondunn.com
    *Counsel for Defendant The Charles Schwab Corporation*