# EXHIBIT B

# DECLARATION OF MICHAEL T. NORTHEIM

# ON BEHALF OF

# ANKURA CONSULTING GROUP, LLC

# REGARDING CAFA NOTICE

1.     I am a Managing Director at Ankura Consulting Group, LLC, Inc. ("Ankura"). The following statements are based on my personal knowledge, the information provided to me by Defendant's counsel and other Ankura employees working on this matter, and records of Ankura generated and maintained in the usual course of its business. If called on to do so, I could and would testify competently hereto.

2.     Ankura is located at 2000 K St NW 12th Floor, Washington, DC 20006.

3.     Ankura is a leader in the settlement administration industry and has extensive experience administering settlements and providing court approved notice of class actions. Over the past 15 years, we have provided notification and/or settlement administration services in some of the highest-profile and most complex matters. Ankura offers a wide range of settlement administrative services for developing, managing and executing all stages of integrated settlement plans.

4.     My Declaration Regarding the Proposed Notice Plan, filed with this Court on February 4, 2025, described my experience, as well as exhibits presenting detailed information concerning Ankura's relevant settlement administration experience.

5.     After Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class Action Settlement with this Court on February 4, 2025, Ankura began work assisting Defendant's counsel in preparing and transmitting the notices required under the Class Action Fairness Act of 2005 ("CAFA"), particularly 28 U.S.C. § 1715.

6.     Ankura personnel printed all CAFA notices in small batches consisting of approximately ten letters each, organized alphabetically by state.

7.     Once a batch had been printed, Ankura personnel then placed each CAFA notice in that batch in its own envelope, labelled with the mailing address of the State or Federal official to

1

which it would be sent. Ankura personnel double-checked the contents of each envelope to verify that the addressee on the letter and the addressee on the envelope matched. Once the verification was completed, Ankura personnel sealed each envelope.

8. Ankura team members repeated this process, batch by batch, until all CAFA notices were ready for shipment.

9. This process conformed to Ankura's typical practice for preparing and mailing CAFA notices. In my experience, this process is well-suited to identifying and correcting any potential errors before CAFA notices are sent, including but not limited to identifying any missing pages in the notices.

10. Ankura personnel prepared the CAFA notice for the State of Iowa according to this process.

11. To the best of my knowledge, the State of Iowa's CAFA notice was complete when sent.

12. Ankura received confirmation that the State of Iowa's CAFA notice was successfully delivered on February 17, 2025.

13. Neither I nor any other Ankura teammate has a record of receiving any communication from the State of Iowa suggesting that its CAFA notice was missing pages or defective in any other respect.

14. I declare under penalty of perjury under the laws of the United States and the District of Columbia that the foregoing is true and correct.

Executed on August 14, 2025, at Washington, District of Columbia.

_____
Michael Northeim