# EXHIBIT 1

# Summary of Objections

### Objections to Motion for Final Approval of Class Action Settlement

| Objection | Dkt. No. | Brief |
|---|---|---|
| Plaintiffs lack Article III standing. | 215, 251 | Response re Approval at 2–6 |
| The Class did not receive reasonable notice. | 219, 235, 242, 245, 256 | Response re Approval at 6–9 |
| The Settlement was not negotiated at arm's length. | 176 | Response re Approval at 9–10 |
| Plaintiffs' Experts' opinion concerning the value of the settlement is inadmissible. | 221 | Response re Approval at 10–17 |
| The Settlement lacks monetary relief. | 160, 161, 163, 164, 165, 166, 167, 168, 171, 172, 173, 176, 179, 180, 181, 187, 188, 192, 193, 194, 201, 202, 206, 208, 210, 213, 217, 220, 224, 225, 226, 227, 233, 234, 236, 237, 240, 245, 246, 248, 251, 252, 253, 255, 257, 259, 260, objections of Maria Demelo, William Grubbs, and Rita Johnston (unfiled, *see* Ex. 2) | Response re Approval at 18–21 |
| The Settlement's injunctive relief is inadequate and lacks an enforcement mechanism. | 165, 166, 167, 168, 173, 176, 179, 180, 181, 187, 188, 192, 193, 201, 203, 209, 210, 224, 226, 227, 233, 234, 236, 237, 239, 245, 248, 249, 251, 252, 253, 255, 260, objections of Maria Demelo, William Grubbs, and Rita Johnston (unfiled, *see* Ex. 2) | Response re Approval at 21–25 |
| Schwab will pass settlement costs on to retail customers. | 164, 165, 166, 168, 181, 187, 188, 192, 193, 210, 211, 220, | Response re Approval at 25–28 |

| | | |
|---|---|---|
| | 224, 234, 235, 240, 242, 245, 246, 251, 252, 256, 261, objections of Maria Demelo and William Grubbs (unfiled, *see* Ex. 2) | |
| This case should never have been brought. | 161, 170, 177, 226, 227, 228, 239, 240, 246, 249, 252, 254, 258 | Response re Approval at 28–29 |
| The Settlement achieves nothing sought in the Complaint. | 245, 251, 252 | Response re Approval at 29–30 |
| Not enough discovery has occurred. | 176 | Response re Approval at 30–32 |
| The requested attorney's fees are not justified. | 161, 165, 166, 167, 168, 169, 171, 172, 173, 176, 179, 181, 187, 188, 192, 193, 194, 208, 210, 217, 220, 223, 224, 225, 226, 227, 233, 234, 235, 236, 237, 238, 240, 242, 245, 246, 248, 251, 252, 255, 256, 257, 261, objections of Maria Demelo, William Grubbs, and Rita Johnston (unfiled, *see* Ex. 2) | Response re Approval at 32–35 |
| The Settlement should be rejected because it effectively releases damages claims. | 251 | Response re Approval at 36–38 |
| The requested service awards render the Settlement unfair. | 171, 173, 176, 215, 225, 237, 240, 242, 245, 248, 251, 252, objection of Rita Johnston (unfiled, *see* Ex. 2) | Response re Approval at 38–39 |
| The $50 payments to Named Plaintiffs render the Settlement unfair. | 215, 245 | Response re Approval at 39–43 |
| The objecting process is unduly burdensome. | 252 | Response re Approval at 45–46 |

**Objections to Motion for Attorney's Fees, Litigation Expenses, and Service Awards**

| Objection | Dkt. No. | Brief |
|---|---|---|
| The requested attorney's fees are disproportionate to the relief. | 161, 165, 166, 167, 168, 169, 171, 172, 173, 176, 179, 181, 187, 188, 192, 193, 194, 208, 210, 217, 220, 223, 224, 225, 226, 227, 234, 235, 236, 237, 238, 240, 242, 245, 246, 248, 251, 252, 255, 256, 257, objections of Maria Demelo, William Grubbs, and Rita Johnston (unfiled, *see* Ex. 2) | Response re Fees at 3–7 |
| The requested service awards are unreasonable. | 248 | Response re Fees at 7–9 |
| The proposed hourly rates, time expended, and allocation of time are unreasonable. | 245 | Response re Fees at 9–13 |
| The Class did not receive reasonable notice of the fee motion. | 245 | Response re Fees at 13–17 |