UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Jonathan Corrente, et al., *Plaintiffs*, v. The Charles Schwab Corporation, *Defendant*. | Case No. 4:22-cv-470-ALM<br><br>Hon. Amos L. Mazzant, III |

### SUPPLEMENTAL DECLARATION OF JONATHAN CORRENTE

I, Jonathan Corrente, declare and state as follows:

1. I am a named plaintiff in the above-captioned litigation.

2. I am a resident of California.

3. I am over the age of 18 and am personally familiar with and have personal knowledge of the facts contained herein, which I could and would testify competently thereto.

4. As stated in my Declaration in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement, I currently am a retail brokerage customer of The Charles Schwab Corporation ("Schwab"). I have executed trades with Schwab as a retail brokerage customer, including online, and intend to execute additional trades in the near future. I also intend to remain a retail brokerage customer of Schwab indefinitely and have no plans to terminate my relationship with Schwab.

5. I have continued to remain active in this case since I submitted my Declaration in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement. I estimate that I have spent a total of 30-40 hours of time working on this case with counsel from its inception to present. This work includes keeping abreast of case and settlement developments, reviewing and collecting my own documents for production to Schwab (including manually searching for years of financial records requested by Schwab and providing those records to counsel),

responding to written discovery requests (including detailed interrogatories about my finances and trading history), and periodically discussing case-related matters with my counsel.

6. I continue to believe that the settlement is fair, reasonable, and adequate and in the best interest of both the named plaintiffs and the putative settlement class.

7. I continue to endorse this settlement and recommend that the Court approve it.

I declare under penalty of perjury that the foregoing is true and correct. Executed on  11-Aug-2025  .

*Jonathan Corrente*
Jonathan Corrente (Aug 11, 2025 20:03:55 MDT)

Jonathan Corrente