

**FILED**

AUG 18 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

William Grubbs

27625 Hickory Blvd

Bonita Springs, FL 34134

ID: 11968165

8/12/2025

United States District Court for the Eastern District of Texas

Paul Brown United States Courthouse

101 East Pecan Street

Sherman, Texas 75090

Subject: Objection to Proposed Settlement in Jonathan Corrente, et al. v. The Charles Schwab Corporation, Case Number 4:22-cv-00470 (E.D. Tex.)

Dear Honorable Judge presiding:

I am writing as a member of the settlement class in the above-referenced class action lawsuit, Jonathan Corrente, et al. v. The Charles Schwab Corporation, to formally object to the proposed settlement agreement submitted for the Court's approval.

My primary objection centers on the fundamental unfairness of the proposed settlement structure, wherein class members like myself stand to gain negligible, if any, meaningful benefit, while the significant costs associated with the settlement—particularly the substantial attorneys' fees requested by Class Counsel—are ultimately borne indirectly by the very class members this action purports to help.

The proposed relief for individual class members consists primarily of injunctive relief offering no tangible value. This nominal benefit fails to adequately address or compensate for the alleged conduct that formed the basis of this lawsuit.

In stark contrast to the insignificant recovery for the class, the settlement proposes awarding a substantial sum in fees and expenses to Class Counsel. While I understand attorneys are entitled to compensation, the amount requested appears grossly disproportionate to the actual, practical benefit delivered to the class members. This settlement seems primarily structured to enrich the attorneys rather than provide meaningful redress to the affected individuals.

Furthermore, the costs incurred by The Charles Schwab Corporation to fund this settlement, including the significant legal fees, do not simply vanish. As Schwab customers, these costs are indirectly imposed upon us. They may manifest as potentially higher fees for services, reduced investment in platform improvements, lower returns for shareholders, or diminished overall value derived from our relationship with the corporation. In essence, the class members are indirectly funding the attorneys' fees for a settlement that provides them little to no tangible advantage.

Therefore, I believe the proposed settlement is not fair, reasonable, or adequate. It fails to provide meaningful compensation to the class members while imposing significant costs on the defendant corporation, which are ultimately passed down indirectly to the detriment of those same class members. It primarily serves the interests of Class Counsel rather than the class itself.

For these reasons, I respectfully request that the Court reject the proposed settlement agreement as currently structured.

Thank you for considering my objection.

Sincerely,

William Grubbs

27625 hickory blvd
34134 841425

FT MYERS FL 339
13 AUG 2025 AM 4 L

**RECEIVED**
AUG 18 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Clerk
US District Court East District Texas
101 East Pecan Street
Sherman, TX 75090

75090-598S37