UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Jonathan Corrente, et al., *Plaintiffs* | Case No. 4:22-cv-470-ALM <br><br> Hon. Amos L. Mazzant, III |
| v. | |
| The Charles Schwab Corporation., *Defendants*. | |

**OBJECTOR'S MOTION FOR A RULING ON PLAINTIFFS' ARTICLE III STANDING**

On August 28, 2025, the Court held a fairness hearing. *See* Tr., Dkt. 277. Objector Huang's administrative motion to appear remotely was denied. Dkt. 244. As the Court noted staff changeovers, and to simplify future proceedings, Huang seeks a ruling on Plaintiffs' Article III standing as noted in his detailed objection because his objection neither attacked the fees nor the lack of monetary relief on its own (except caption for Dkt. 215 lacked the word "objection").

Huang *did* challenge that Plaintiffs lack Article III standing under a new class definition that changed the entire calculus. *See* Dkt. 215 at 3-6. While neither party in attendance raised this issue, all experienced objectors have serious doubts about jurisdiction. Dkts. 251 (Frank), 215 (Huang), 245 at 9 (Iowa, on speculative sources of future cash relief). Huang also flagged serious Rule 23 certification problems that a settlement itself *cannot* wash away. Dkt. 215 at 6-13.

Huang requests this Court to address Plaintiffs' Article III standing to settle, in this Court's upcoming disposition on Plaintiffs' motion for final approval of class-action settlement.

1

Dated: September 11, 2025                Respectfully Submitted,

                                                              Shiyang Huang
/s/ SHIYANG HUANG
2813 SW Rother Rd
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

## CERTIFICATE OF CONFERENCE

L.R. CV-7(i) exempts *pro se* litigants from the meet-and-confer requirements. In any case, it is reasonable to assume this motion will be opposed.

                                                              /s/ Shiyang Huang

## CERTIFICATE OF SERVICE

I certify that on September 11, 2025, the above document was served via CM/ECF.

                                                              /s/ Shiyang Huang