UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Jonathan Corrente, et al., | Case No. 4:22-cv-470-ALM |
| *Plaintiffs*, | Hon. Amos L. Mazzant, III |
| v. | |
| The Charles Schwab Corporation, | |
| *Defendant*. | |

**PLAINTIFFS' RESPONSE TO OBJECTOR SHIYANG HUANG'S
MOTION FOR A RULING ON PLAINTIFFS' ARTICLE III STANDING**

Plaintiffs have reviewed the recent, post-hearing filing of Objector Shiyang Huang. *See* Dkt. No. 278. As the filing is late, unauthorized, and difficult to parse, Plaintiffs do not believe any response is required. Plaintiffs note that Article III standing has already been extensively briefed by Plaintiffs in timely filings, and incorporate the arguments set forth in those briefs here. *See* Dkt. Nos. 197 at 7-8; 266 at 2-5.

To the extent that Mr. Huang's filing requests any new relief or purports to make any new arguments, it is untimely, unauthorized, and unhelpful, and to that extent, Plaintiffs oppose it.

1

| | |
|---|---|
| Dated: September 12, 2025 | Respectfully submitted, |

/s/ Christopher M. Burke            /s/ Yavar Bathaee

Christopher M. Burke (*pro hac vice*)　　Yavar Bathaee (NY 4703443)
cburke@burke.law　　　　　　　　　　　yavar@bathaeedunne.com
**BURKE LLP**　　　　　　　　　　　　　Andrew Wolinsky (NY 4892196)
402 West Broadway, Suite 1890　　　　awolinsky@bathaeedunne.com
San Diego, CA 92101　　　　　　　　　**BATHAEE DUNNE LLP**
Tel: (619) 369-8244　　　　　　　　　　445 Park Avenue, 9th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10022
Chad E. Bell (*pro hac vice*)　　　　　　Tel: (332) 322-8835
cbell@koreintillery.com
**KOREIN TILLERY P.C.**　　　　　　　Brian J. Dunne (CA 275689)
205 North Michigan Avenue, Suite 1950　bdunne@bathaeedunne.com
Chicago, IL 60601　　　　　　　　　　Edward M. Grauman (TX 24081931)
Tel: (312) 641-9750　　　　　　　　　　egrauman@bathaeedunne.com
　　　　　　　　　　　　　　　　　　　**BATHAEE DUNNE LLP**
　　　　　　　　　　　　　　　　　　　901 South MoPac Expressway
　　　　　　　　　　　　　　　　　　　Barton Oaks Plaza I, Suite 300
　　　　　　　　　　　　　　　　　　　Austin, TX 78746
　　　　　　　　　　　　　　　　　　　Tel: (213) 462-2772

　　　　　　　　　　　　　　　　　　　Elizabeth L. DeRieux (TX 05770585)
　　　　　　　　　　　　　　　　　　　ederieux@capshawlaw.com
　　　　　　　　　　　　　　　　　　　S. Calvin Capshaw (TX 03783900)
　　　　　　　　　　　　　　　　　　　ccapshaw@capshawlaw.com
　　　　　　　　　　　　　　　　　　　**CAPSHAW DERIEUX LLP**
　　　　　　　　　　　　　　　　　　　114 E. Commerce
　　　　　　　　　　　　　　　　　　　Gladewater, TX 75647
　　　　　　　　　　　　　　　　　　　Tel: (903) 236-9800
　　　　　　　　　　　　　　　　　　　Fax: (903) 236-8787

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on September 12, 2025, the above document was served on counsel of record for all parties, and on Mr. Huang, via the CM/ECF system.

*/s/ Brian J. Dunne*