AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Jonathan Corrente, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-CV-470-ALM |
| The Charles Schwab Corp. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Theodore H. Frank, objector                              .

Date:  10/30/2025

/s/ M. Frank Bednarz
*Attorney's signature*

Michael Frank Bednarz (IL No. 6299073)
*Printed name and bar number*
Hamilton Lincoln Law Institute
1440 W. Taylor St # 1487
Chicago, IL 60607

*Address*

frank.bednarz@hlli.org
*E-mail address*

(801) 706-2690
*Telephone number*

*FAX number*