UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Jonathan Corrente, et al., *Plaintiffs* v. The Charles Schwab Corporation., *Defendants*. | Case No. 4:22-cv-470-ALM  Hon. Amos L. Mazzant, III |

## NOTICE OF APPEAL [285] [286]

Notice is hereby given that objecting class member Shiyang Huang appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order granting Motion for Final Approval of Class Action Settlement (Dkt. #285), Order granting Motion for an Award of Attorney's Fees, Litigation Expenses, and Service Awards (Dkt. #286), both dated as of today, and from all opinions and orders that merge therein.

Date: November 24, 2025

Respectfully Submitted,

Shiyang Huang
/s/ SHIYANG HUANG
2813 SW Rother Rd
Topeka, KS 66614
314-669-1858
defectivesettlement@gmail.com

### CERTIFICATE OF SERVICE

I certify that on November 24, 2025, this document was served via CM/ECF.

/s/ Shiyang Huang

1