**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| JONATHAN CORRENTE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> THE CHARLES SCHWAB CORPORATION, <br><br> *Defendant.* | Case No. 4:22-cv-470 <br><br> Hon. Amos L. Mazzant, III <br><br> **DEFENDANT'S NOTICE OF APPEAL** |

Notice is hereby given that Objector State of Iowa appeals to the United States Court of Appeals for the Fifth Circuit the district court's orders granting the Motion for Final Approval of Class Action Settlement (R. Doc. 285) and granting the Motion for an Award of Attorney's Fees (R. Doc. 286), dated and filed on November 24, 2025.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric H. Wessan*
ERIC WESSAN
Solicitor General

BREANNE A. STOLTZE
Assistant Solicitor General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

breanne.stoltze@ag.iowa.gov

ATTORNEYS FOR DEFENDANT

*Original filed electronically.*
*Copy electronically served on all parties of record.*

<table>
<tr><td colspan="2"><b>PROOF OF SERVICE</b><br>The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on December 19, 2025:</td></tr>
<tr><td>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Federal Express<br>☒ ECF</td><td>☐ FAX<br>☐ Overnight Courier<br>☐ Other</td></tr>
<tr><td colspan="2">Signature: <i>/s/ Eric H. Wessan</i></td></tr>
</table>